**FILED**
**JUN 2 4 2020**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 20-30075-NJR |
| vs. ) | |
| ) | Title 18, United States Code, Section |
| JAHMEZZE C. HOLMAN, ) | 922(g)(1) |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### FELON IN POSSESSION OF A FIREARM

On or about March 6, 2020, in Madison County, Illinois, within the Southern District of Illinois,

**JAHMEZZE C. HOLMAN,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Burglary in Madison County, Illinois Circuit Court under cause 17CF3114 on November 27, 2018, did knowingly possess a firearm, to wit: Ruger, LCP, .380 caliber pistol with Serial Number 371-069592, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

#### FORFEITURE OF FIREARMS ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment,

**JAHMEZZE C. HOLMAN,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title

28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: Ruger, LCP, .380 caliber pistol with Serial Number 371-069592, any and all ammunition contained therein, and 12 individual rounds of .380 caliber ammunition.

A TRUE BILL

_____
ALEXANDRIA M. BURNS
Assistant United States Attorney

_____
STEVEN D. WEINHOEFT
United States Attorney